**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division**

FILED
00 AUG -7 AM 10: 27

Case Number: 8:00-CV-1507-T-27F

UNITED STATES OF AMERICA

v.

WILLIAM R. DEMARIA, JR.

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track TWO Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track and utilize the attached Case Management Report form.

The Court anticipates that most Track Two cases will be tried within 18 months of the filing date. Therefore, the discovery deadline shall be set 11 months from the filing date. If the parties are seeking more time for discovery then this 11 month time-frame would allow, they shall, along with a showing of good cause, provide the Court with their proposal for the discovery deadline in an addendum to the case management report.

SHERYL L. LOESCH, CLERK

By: *Anne H. Ohle*
Deputy Clerk

Date: August 4, 2000

Distribution:
    -Original in Court file
    -Copies to plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s),
        and removing defendant(s))
    -Case Management Report form attached